IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN WALKER**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 11314 |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| **STANDARD BANK AND TRUST CO.**, | ) | |
| as Trustee U/T Dated January 8, 1990, and | ) | |
| Known as Trust Number 3693, and **GERD M.** | ) | |
| **MOELLER**, as Beneficiary of Trust | ) | |
| Number 3693 Dated January 8, 1990, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Because of this Court's heavy involvement in the preparation for and conduct of a civil case trial in an extraordinarily complex multiparty and multiclaim action during this past month (plus, of course, its ongoing conduct of status and motion hearings in the other cases on its calendar), this Court was unable during the past month to follow its normal practice of regularly reviewing civil case report printouts in an effort to police any noncompliance by attorneys with the mandate of this District Court's LR 5.2(f).[1] With the jury in that trial having returned its verdict yesterday, this Court has promptly obtained such a printout that discloses this to be one of the cases in which counsel have been delinquent in that respect.

---

[1] In an effort to monitor compliance with that requirement (which has regrettably not always been adhered to by lawyers), both this Court's secretary and its courtroom deputy maintain lists of all deliveries by counsel to this Court's chambers. Although that recordkeeping is intended to be error-free, if counsel here were to establish that what is said in this memorandum order is in error, the sanction called for by this memorandum order will of course be rescinded.

Accordingly counsel for plaintiff John Walker is ordered to deliver to this Court's chambers forthwith a copy of the Complaint, together with a check payable to the "Clerk of Court" in the sum of $200 as a fine for noncompliance with LR 5.2(f). This Court then anticipates its prompt setting of an initial status hearing date, or perhaps the issuance of some other order that may be appropriate in light of the delivered document.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 15, 2016